IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO.: 1:18-CR- _30_ |
| | : | |
| v. | : | VIOLATION: 21 U.S.C. 846 i/c/w |
| | : | 21 U.S.C. 841(a)(1) |
| | : | 841(b)(1)(B)(iii) |
| DEONTAE WATKINS | : | 841(b)(1)(C) |
| TRAVIS TISE | : | 18 U.S.C. 924(c) |
| LATISHA MANNINGS | : | |
| ROBERT SHEPARD | : | |
| FREDERICK MILLER | : | |
| TYQUAN WILLIAMS | : | |
| ALEX PRICE | : | |
| CHANDRA MARSHALL | : | |
| ERICA KINDER | : | |
| ETOYO JONES | : | |
| LANDIS ROLLINS | : | |
| TYRONE KING | : | |
| WILLIAM BOOZER | : | |
| CLAMINTA MCGRIFF | : | |
| MICHAEL COLLIER | : | |
| Defendants. | : | |

**THE GRAND JURY CHARGES:**

## COUNT ONE

(Conspiracy to Possess with Intent to Distribute Cocaine and Cocaine Base)

Beginning sometime before January 1, 2017 and continuing until on or about June 20, 2017, the exact dates being unknown to the Grand Jury, in the Albany Division of the Middle District of Georgia and elsewhere within the jurisdiction of this Court, the defendants,

DEONTAE WATKINS
TRAVIS TISE
LATISHA MANNINGS
ROBERT SHEPARD
FREDERICK MILLER
TYQUAN WILLIAMS
ALEX PRICE

**CHANDRA MARSHALL**
**ERICA KINDER**
**ETOYO JONES**
**LANDIS ROLLINS**
**TYRONE KING**
**WILLIAM BOOZER**
**CLAMINTA MCGRIFF and**
**MICHAEL COLLIER**

did unlawfully, knowingly, and intentionally conspire together with one another and with others both known and unknown to the Grand Jurors to possess controlled substances, to wit: cocaine and in excess of 28 grams of a mixture and substance containing cocaine base with the intent to distribute each of said controlled substances, all in violation of Title 21, United States Code, Section 846 i/c/w Title 21 United States Code Section 841(a)(1) and 841(b)(1)(B)(iii), and 841(b)(1)(C)).

## COUNT TWO

(Possession with Intent to Distribute/Distribution of Cocaine)

On or about May 4, 2017, in the Albany Division of the Middle District of Georgia and elsewhere within the jurisdiction of this Court, the defendants,

**TRAVIS TISE AND LATISHA MANNINGS**

aided and abetted by one another and by others known and unknown to the Grand Jury did unlawfully, knowingly, and intentionally possess with the intent to distribute and did distribute a Schedule II controlled substance, to wit: cocaine all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

## COUNT THREE

(Possession of Cocaine with Intent to Distribute)

On or about May 4, 2017, in the Albany Division of the Middle District of Georgia and elsewhere within the jurisdiction of this Court, the defendant,

### WILLIAM BOOZER

aided and abetted by one another and by others known and unknown to the Grand Jury did unlawfully, knowingly, and intentionally possess with the intent to distribute a Schedule II controlled substance, to wit: cocaine all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

## COUNT FOUR

(Possession with Intent to Distribute/Distribution of Cocaine)

On or about May 12, 2017, in the Albany Division of the Middle District of Georgia and elsewhere within the jurisdiction of this Court, the defendants,

### TRAVIS TISE AND LATISHA MANNINGS

aided and abetted by one another and by others known and unknown to the Grand Jury did unlawfully, knowingly, and intentionally possess with the intent to distribute and did distribute a Schedule II controlled substance, to wit: cocaine all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

## COUNT FIVE

(Possession of Cocaine with Intent to Distribute)

On or about May 12, 2017, in the Albany Division of the Middle District of Georgia and elsewhere within the jurisdiction of this Court, the defendant,

**LANDIS ROLLINS**

aided and abetted by one another and by others known and unknown to the Grand Jury did unlawfully, knowingly, and intentionally possess with the intent to distribute a Schedule II controlled substance, to wit: cocaine all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

## COUNT SIX

(Possession of Cocaine with Intent to Distribute)

On or about May 26, 2017, in the Albany Division of the Middle District of Georgia and elsewhere within the jurisdiction of this Court, the defendants,

**TRAVIS TISE AND LATISHA MANNINGS**

aided and abetted by one another and by others known and unknown to the Grand Jury did unlawfully, knowingly, and intentionally possess with the intent to distribute a controlled substance, to wit: cocaine all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

## COUNT SEVEN

(Possession of Cocaine Base with Intent to Distribute)

On or about May 26, 2017, in the Albany Division of the Middle District of Georgia and elsewhere within the jurisdiction of this Court, the defendants,

**TRAVIS TISE AND LATISHA MANNINGS**

aided and abetted by one another and by others known and unknown to the Grand Jury did unlawfully, knowingly, and intentionally possess with the intent to distribute a controlled substance, to wit: cocaine base all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

## COUNT EIGHT

(Possession of a Firearm in Furtherance of a Drug Trafficking Crime)

On or about May 26, 2017, in the Albany Division of the Middle District of Georgia and elsewhere within the jurisdiction of this Court, the defendants,

### TRAVIS TISE AND LATISHA MANNINGS

aided and abetted by one another and by persons both known and unknown to the Grand Jury did possess a firearm in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, to-wit: the offenses set forth in Counts 1, 6 and 7 of this Indictment, said firearm being; a .22 caliber Glenfield rifle all in violation of Title 18, United States Code Sections 2 and 924(c)(1)(A)(i).

A TRUE BILL.

S/ _____
FOREPERSON OF THE GRAND JURY

PRESENTED BY:

CHARLES E. PEELER
UNITED STATES ATTORNEY

*[signature]*
LEAH E. McEWEN
ASSISTANT UNITED STATES ATTORNEY

*Filed in open court this* ___11___ *day of* __July__ *A.D. 20*_18_.

*[signature]*
_____
*Deputy Clerk*