IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY/VALDOSTA DIVISION
AT ALBANY, GEORGIA

## MINUTE SHEET OF SENTENCING HEARING (UNCONTESTED)

Date:   7/19/2022                    *Court Time for MJSTAR/JS10:*   **1 hr.**

Judge:  W. LOUIS SANDS              Court Reporter:  Sally Gray
                                    Interpreter:
Courtroom Deputy:   Gloria D. Anderson       Staff Attorney: GEK

### Case Number: 1:18cr30 (002)  (WLS)

**UNITED STATES OF AMERICA**              **AUSA:  Leah McEwen**

**v.**

**TRAVIS TISE**                          **Counsel: Katryna Spearman**

Agents/Experts in Attendance:   USPO   **SIMPSON**

---

*DISCLAIMER:   CONTENTS OF THIS MINUTE SHEET ARE FOR ADMINISTRATIVE PURPOSES ONLY AND ARE NOT MEANT AS A SUBSTITUTION FOR THE   OFFICIAL COURT RECORD.  ATTORNEYS SHOULD CONTACT THE COURT REPORTER AND ORDER A TRANSCRIPT IF THERE ARE ANY QUESTIONS AS TO THE CONTENTS HEREIN.*

---

- **Defendant's counsel restated Objection(s) paragraph 28 as to Defendant Leadership role. The Defendant also objected to Paragraph 109 in reference to Defendant not receiving a downward variance.  Govt. responded. The Court overruled both objections. The Defendant withdrew his previous objections to paragraph 25 of the PSR.**

## SENTENCE AND CONDITIONS

*RANGE:  262 - 327  Months      OFFENSE LEVEL: 34      CATEGORY:  VI*

*IMPRISONMENT:  294 MONTHS to be served consecutively to any term of imprisonment imposed in the U.S. District Court for the Northern District of Florida, Docket No:  4:09cr13-01 ( Violation of Supervised Release).*

*The prison term is to be followed by a period of Supervised Release of  5   YEARS and shall include the Mandatory, Standard and Special Conditions as noted in the Presentence Report and the Court's Standing Order 2017-02.*

___

**In Re:  COUNT(S)     1   of the Indictment:**

- A **mandatory assessment fee** of $100.00 is to be paid immediately.

• The Court waives the fine and any alternative sanctions based on your financial condition.  Financial penalties shall be paid in accordance with the Court's Standing Order 2017-02.

VOLUNTARY  SURRENDER:        ☒   No                    APPEAL INFORMATION GIVEN TO:  ☒  Atty   ☒ Dft